IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

                                                      CHAPTER 13

PHILLIP L. PEED and                               CASE NO.: 09-15486
DEBORAH PEED,

        Debtors.

PHILLIP L. PEED and
DEBORAH PEED,                                         ADV. PROC. NO. <u>12-00028</u>

        Plaintiffs,

vs.

SETERUS, INC., Servicer for Federal
National Mortgage Association; and
JPMORGAN CHASE BANK, N.A., successor
by merger to, CHASE HOME FINANCE LLC;
FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("Fannie Mae"); and
STEPHENS, MILLIRONS, HARRISON &
GAMMONS, a Professional Corporation,

        Defendants.

PURSUANT TO LBR 9007-1, THE COURT WILL CONSIDER THIS MOTION, OBJECTION, OR OTHER MATTER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A WRITTEN OBJECTION WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS PAPER.  IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE YOUR WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITH THE CLERK OF THE COURT AT 201 ST. LOUIS STREET, MOBILE, ALABAMA  36602 AND SERVE A COPY ON THE MOVANT'S ATTORNEY, NICK WOOTEN, NICK WOOTEN, LLC, P.O. BOX 3389, AUBURN, AL  36831.

IF YOU FILE AND SERVE A WRITTEN OBJECTION STATING THE SPECIFIC GROUND OR GROUNDS ON WHICH YOUR OBJECTION IS BASED WITHIN THE TIME PERMITTED, THE COURT WILL SCHEDULE A HEARING AND YOU WILL BE NOTIFIED. IF YOU DO NOT FILE A PROPER WRITTEN OBJECTION WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE GRANTING OF THE RELIEF REQUESTED IN THE PAPER,  WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

This pleading is being filed and noticed pursuant to S.D. AL L.B.R. 9007-1 procedures for:
<u>Approve Compromise or Settlement pursuant 9019(a)</u>

# PLAINTIFFS' MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH SETERUS, INC. AND FEDERAL NATIONAL MORTGAGE ASSOCIATION

COME NOW Plaintiffs in adversary proceeding No. 12-00028 who are also the debtors in the above-styled case, by and through counsel, and move this Honorable Court for an Order approving a compromise settlement with the defendants, Seterus, Inc. ("Seterus") and Federal National Mortgage Association ("Fannie Mae") (collectively "defendants"), which will resolve all claims against these defendants in the adversary proceeding. Claims remain pending against other defendants in the ongoing adversary proceeding. As grounds for approving the settlement, the plaintiffs would show as follows:

1. The plaintiffs instituted suit in this Court against Seterus and Fannie Mae, and others, alleging that defendants had violated the Bankruptcy Court Rules and Code with respect to their conduct as set out in the complaint. The plaintiffs sought appropriate judicial relief as well as any appropriate damages. The Defendants have not filed an answer.

2. Upon service of the adversary proceeding, the parties discussed settlement and the following proposal was made to the plaintiffs by defendants:

   a. Upon approval of the Bankruptcy Court of this compromise the defendants will reduce the claim filed in the case from $3,520.37 to the amount paid with a balance of $0.00 and defendants will pay the sum of $10,000.00 no later than fourteen days after approval of this settlement to counsel for the plaintiff in this action.

   b. The $10,000.00 payment would be divided with $5,000.00 going to the Debtors and $5,000.00 to the attorneys for the Debtors. In this instance $5,000.00 is the maximum statutory damages available to the Debtor. The payment of $5,000.00

to the Debtors' attorneys is based upon the contingency fee of 50% in the case.

c. From the total amount paid to settle the claim, the plaintiffs will be required to pay their attorneys' fees and costs as set out in the application to approve attorneys' fees and costs.

d. The debtors will receive any exempt funds from this settlement. Debtors' Counsel, John Cox, will review the Debtors' plan with the Bankruptcy Trustee and determine the amount of said exempt funds.

e. Any non-exempt funds will be used to pay down the balance of the debtors' chapter 13 plan. In the event that the settlement implicates the best interests of creditors' test then Debtors' counsel will work with the Trustee to make any amendments to the plan necessary to address those issues.

f. The debtors will execute a mutually satisfactory release with the settling defendants which will become effective when the Court approves this settlement and will be void if the Court rejects the settlement.

g. The plaintiffs and Defendants Seterus and Fannie Mae will file a joint motion for dismissal with prejudice of the claims against them in this adversary proceeding within 15 days of the Bankruptcy Court's approval of this settlement. This settlement will not affect the claims against the remaining defendants.

WHEREFORE, the plaintiffs, having made their motion to approve the compromise settlement in this action, pray of the Court as follows:

A. That the Court approve the settlement as outlined above as being in the best interests of the debtors;

B. That the Court Order that the parties complete the settlement according to the terms outlined above including the payment of any monies required pursuant to

this settlement;

C. That the plaintiffs have such other and further relief as the Court may deem just and proper.

Dated this the 7th day of September, 2012.

                                      Respectfully submitted,

                                      /s/Nick Wooten
Nick Wooten
Nick Wooten - Bar No. WOO084
NICK WOOTEN, LLC
P.O. Box 3389
Auburn, AL 36831
Tel. (334) 887-3000
Fax (334) 821-7720
Email:  nick@nickwooten.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing document on the following parties in interest either by first class U.S. Mail, postage prepaid, or via electronically on this the 7th day of September, 2012.

Joshua B. White, Esq.
Stephens, Millirons P.C.
P.O. Box 307
Huntsville, AL 35804
*Attorney for Stephens, Millirons, P.C.*

James F. Hughey III
Lightfoot, Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
*Attorney for JPMorgan Chase Bank, N.A.*

N. John Rudd, Jr.
Johnson & Freedman, LLC
1587 N.E. Expressway
Atlanta, GA 30329
*Attorney for Seterus, Inc. and*
*Federal National Mortgage Association*

The Debtors

John C. McAleer, III
Chapter 13 Trustee
Via ECF system

All creditors on the matrix

/s/ Nick Wooten_____

2012 09 07  Motion to Approve Compromise & Settlement – Seterus and Fannie Mae                    Page 5 of 5

Case 09-15486    Doc 78    Filed 09/07/12    Entered 09/07/12 14:40:31    Desc Main
Document      Page 5 of 5